UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Tonya A. Cipriano, Administratrix of the ESTATE OF NICHOLAS P. CIPRIANO, JR., DECEASED; and DESTINY A. CIPRIANO, A Minor, By and Through her Mother and Natural Guardian, Tonya A. Cipriano; and KRISTINE A. CIPRIANO, a Minor, By and Through her Mother and Natural Guardian, Tonya A. Cipriano; and TONYA A. CIPRIANO, in her own right,<br>Plaintiffs,<br><br>v.<br><br>CARAUSTAR INDUSTRIES, INC. and STAR PAPER TUBE, INC.,<br>Defendants | No: 2:05-cv-4978 |

**ORDER**

**AND NOW,** this day of 10th day of July, 2025, upon consideration of the Petition for Consent and Court Approval to Proceed with a Structured Settlement filed by Swinglyne, LLC, on July 8, 2025, which does not indicate whether the Plaintiffs and other parties consent to or oppose the Petition, *see* ECF No. 50; and upon consideration of the Honorable Joseph F. Leeson, Jr.'s Policies and Procedures, namely policy II(F)(4), it is **hereby ORDERED that:**

1. Swinglyne, LLC, **shall file** a certificate of concurrence or non-concurrence[1] pertaining to its Petition, ECF No. 50, by **July 15, 2025**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Policy II(F)(4) of Judge Leeson's Policies and Procedures states as follows: "All motions shall be accompanied by a Certificate of Concurrence or Non-Concurrence." CIVIL PRETRIAL MATTERS: Motions Practice and Briefs – Required Content, *"Proposed Order and Certificate of Concurrence or Non-Concurrence."* For the complete list of policies and procedures, please visit: https://www.paed.uscourts.gov/sites/paed/files/documents/procedures/leepol.pdf .