# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONYA A. CIPRIANO, Administratrix of the ESTATE OF NICHOLAS P. CIPRIANO, JR., DECEASED; and DESTINY A. CIPRIANO, a Minor, By and Through Her Mother and Natural Guardian, TONYA A. CIPRIANO; and KRISTINE A. CIPRIANO, a Minor, By and Through Her Mother and Natural Guardian, TONYA A.CIPRIANO; and TONYA CIPRIANO, in her own right<br>　　　　　　Plaintiffs,<br><br>CARAUSTAR INDUSTRIES, INC.<br>and STAR PAPER TUBE, INC.,<br>　　　　　　Defendants. | CIVIL ACTION<br><br>05-CV-04978 |

## STATEMENT OF CONCURRENCE/NON-CONCURRENCE

I, Mark T. Sophocles, Esquire, certify that I requested Defendants' concurrence in Plaintiff's Petition to Transfer Structured Settlement, but have not received a response as of the date of this filing.

MARK THOMAS SOPHOCLES, LLC

/s/ Mark T. Sophocles

Mark T. Sophocles, Esquire
Attorneys for Swinglyne, LLC